FRANCIS J. FLANAGAN et al., as Executors of JOSEPH A. FLANA-GAN, Deceased, et al., Appellants, *v.* JOHN J. FLANAGAN, Individually and as Administrator of the Estate of MARY E. FLANAGAN, Deceased, et al., Respondents.

Argued November 16, 1948; decided December 3, 1948.

*Arthur N. Seiff, Sidney Hoffman* and *Arthur J. Blank* for appellants.

*Saul B. Bradie* and *J. Franklin Tausch* for respondents.

Upon appeal from judgment: Judgment affirmed, with costs. No opinion.

Upon appeal from order: Order affirmed and question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.